IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA ANN CONEY**                                                                 **PLAINTIFF**

**v.**                  **CASE NO. 4:23-cv-00411-BSM**

**ARKANSAS DEPARTMENT
OF HUMAN SERVICES**                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of August, 2023.

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE